THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Sammy Wilder,       
Appellant.
 
 
 

Appeal From Clarendon County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2003-UP-653
Submitted August 20, 2003  Filed November 
 13, 2003   

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant
Attorney General Henry Dargan McMaster; Chief Deputy Attorney General John 
 W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, of Columbia, 
 Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

 PER CURIAM:  Sammy Wilder, an inmate 
 at Turbeville Correctional Institution (TCI), was convicted of assault upon 
 a correctional facility employee and assault and battery of a high and aggravated 
 nature (ABHAN).  The trial judge sentenced him to five years imprisonment on 
 the charge of assault of a correctional facility employee.   The judge sentenced 
 Wilder to ten years imprisonment on the ABHAN charge.  Both sentences were to 
 be served consecutively to Wilders underlying manslaughter sentence but concurrently 
 with one another.  Because Wilder had maxed out his sentence for manslaughter 
 while awaiting his trial on ABHAN and assault upon a correctional facility employee, 
 the judge gave him credit for time served since his max out date.   Wilder appeals.  

Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Wilder attached to the final brief a petition 
 to be relieved as counsel, stating she had reviewed the record and concluded 
 Wilders appeal is without legal merit sufficient to warrant a new trial.  Wilder 
 did not file a separate pro se response.
After a thorough review of the record 
 pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 HEARN, C.J., CONNOR and ANDERSON, JJ., 
 concur.